■ MARTIN GOLDSTEIN et al., Appellants, v. NORMAN SAWYER, Respondent.—

The record and appellants' brief must be served and filed on or before September 20, 1961. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ LINDA HONAKER, Appellant, v. WILLIAM VAN HELDEN, Respondent.

The record and appellant's brief must be served and filed on or before October 10, 1961. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES R. SMITH, Appellant.— Application by defendant to the Presiding Justice, pursuant to statute (Code Crim. Pro., § 520, subd. 1), for leave to appeal to the Court of Appeals from an order of this court dated June 19, 1961, affirming a judgment of the County Court, Westchester County, rendered November 16, 1959, convicting him, after a jury trial, of assault in the second degree, and sentencing him, as a second felony offender, to serve a term of 8 to 10 years. The application is granted by Presiding Justice NOLAN, who certifies that a question of law is involved which ought to be reviewed by the Court of Appeals.

## (September 12, 1961)

■ ERNEST KLEIN, Appellant, v. MAYOR OF THE CITY OF YONKERS et al., Respondents, and LOUIS J. LEFKOWITZ, as Attorney-General of the State of New York, Intervenor-Respondent.—

P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

## (September 13, 1961)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD CAMPBELL, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of the Final Accounting of SEYMOUR MILLER, as Executor of CARMINE CASSANO, Deceased, Respondent. PIETRO FUSCHETTO et al., Respondents; MARIA GAETANA et al., Appellants.—

Appellants' brief must be served and filed on or before September 21, 1961. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.